# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CASE NO. 5:23-CR-38-MTT** |
| : | |
| **EMILIYA RADFORD** : | |
| : | |
| _____ : | |

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and respectfully submits this Motion to Unseal, requesting that the above-referenced case be unsealed in its entirety.

Respectfully submitted this 16th day of June, 2023.

          PETER D. LEARY
          UNITED STATES ATTORNEY
          MIDDLE DISTRICT OF GEORGIA


BY: *s/ Elizabeth S. Howard*
    ELIZABETH S. HOWARD
    Assistant United States Attorney
    Georgia Bar No. 628247
    United States Attorney's Office
    Middle District of Georgia
    P.O. Box 1702
    Macon, Georgia 31202
    Telephone: (478) 752-3511
    E-mail: elizabeth.s.howard@usdoj.gov

## CERTIFICATE OF SERVICE

I, ELIZABETH S. HOWARD, Assistant United States Attorney, hereby certify that I emailed the within and foregoing *Motion to Unseal* with the Clerk of the Court for filing.

This the 16th day of June, 2023.

> PETER D. LEARY
> UNITED STATES ATTORNEY
> MIDDLE DISTRICT OF GEORGIA
>
> BY:   *s/ Elizabeth S. Howard*
>        ELIZABETH S. HOWARD
>        Assistant United States Attorney
>        Georgia Bar No. 628247
>        United States Attorney's Office
>        Middle District of Georgia
>        P.O. Box 1702
>        Macon, Georgia 31202
>        Telephone: (478) 752-3511
>        E-mail: elizabeth.s.howard@usdoj.gov