IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 5:23-CR-38-MTT |
| : | |
| EMILIYA RADFORD : | |
| : | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 16th day of June, 2023.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE