# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | :  CASE NO. 5:23-CR-00038-MTT-CHW |
| | : |
| EMILIYA RADFORD, | : |
| | : |
| Defendant. | : |

## NOTICE OF DEPORTATION AS CONSEQUENCE OF CONVICTION

Defendant is hereby notified that a conviction in this case may have consequences with respect to his/her immigration status. Under federal law, a broad range of crimes are removable offenses, including the offense(s) as to which Defendant is charged.

This Court does not have jurisdiction over Defendant's immigration status and no one, including his/her attorney, or this Court, can predict with certainty the effect of a conviction on immigration status. Nevertheless, Defendant is hereby advised that there are immigration consequences, including deportation from the United States, that may result from a conviction in this case.

This 16th day of June, 2023.

                 PETER D. LEARY
                 UNITED STATES ATTORNEY

By:     */s/ Elizabeth S. Howard*
          ELIZABETH S. HOWARD
          Assistant United States Attorney
          Georgia Bar No. 628247
          United States Attorney's Office
          Post Office Box 1702
          Macon, Georgia 31202-1702
          Telephone: (478) 752-3511
          E-mail:  elizabeth.s.howard@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Elizabeth S. Howard, Assistant United States Attorney, hereby certify that I electronically filed the within and foregoing ***NOTICE OF DEPORTATION AS CONSEQUENCE OF CONVICTION*** by electronically filing said motion with the Clerk of the Court using the CM/ECF system.

This 16th day of June, 2023.

        PETER D. LEARY
        UNITED STATES ATTORNEY
        MIDDLE DISTRICT OF GEORGIA

BY:   *s/ Elizabeth S. Howard*
       ELIZABETH S. HOWARD
       Assistant United States Attorney
       Georgia Bar No. 628247
       United States Attorney's Office
       Middle District of Georgia
       P.O. Box 1702
       Macon, Georgia 31202
       Telephone: (478) 752-3511
       E-mail: elizabeth.s.howard@usdoj.gov