AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br><br>EMILIYA RADFORD<br>*Defendant* | )<br>)  Case No. 5:23-cr-00038-MTT-CHW<br>)         FID # 11564141<br>)         2320-0615-1352-J<br>)<br>)   usms # 64347-510 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EMILIYA RADFORD                                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
COUNT 1: Bank Fraud
COUNT 2-4: Wire Fraud
COUNT 5-10: Federal Program Theft

Date:   June 15, 2023

City and state:   Macon, Georgia

s/ Erin Pettigrew
*Issuing officer's signature*

Erin Pettigrew, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6/15/2023, and the person was arrested on *(date)* 6/16/2023
at *(city and state)* Warner Robins, GA.

Date: 6/16/2023

*Arresting officer's signature*

Scott J. Jengenberger   SA/FBI
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  EMILIYA RADFORD

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                                      Weight:

Sex:                                                                                           Race:

Hair:                                                                                          Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: