IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:23-CR-38-MTT-CHW |
| v. | : |
| EMILIYA RADFORD, | : |
| Defendant. | : |

## PLEA

I, EMILIYA RADFORD, having been advised of my Constitutional rights and having had the charges herein stated to me in open court, plead NOT GUILTY to the Indictment in open court, this _16_ day of June, 2023.

_____
EMILIYA RADFORD
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
ELIZABETH S. HOWARD
ASSISTANT UNITED STATES ATTORNEY