UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EMILIYA RADFORD,<br><br>Defendant. | CRIMINAL NO. 5:23-CR-38-MTT |

NOTICE OF APPEARANCE

COMES NOW James Evans, of the law firm GREENBERG TRAURIG, LLP, and files this Notice of Appearance as counsel for the named Defendant Emiliya Radford. Counsel requests that a copy of all future correspondence, docket notices, or other official communications directed or pertaining to Defendant should be served to the undersigned at the following address:

James Evans, Esq.
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Jake.Evans@gtlaw.com

This 16th day of June, 2023.

                                              **GREENBERG TRAURIG, LLP**

| | |
|---|---|
| Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, Georgia 30305<br>P: (678) 553-2100<br>F: (678) 553-2212<br>Jake.Evans@gtlaw.com | */s/ James Evans*<br>JAMES EVANS<br>Georgia Bar No. 797018<br><br>*Attorney for Defendant Emiliya Radford* |

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EMILIYA RADFORD,<br><br>Defendant. | CRIMINAL NO. 5:23-CR-38-MTT |

CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 16th day of June, 2023.

**GREENBERG TRAURIG, LLP**

Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com

*/s/ James Evans*
JAMES EVANS
Georgia Bar No. 797018

*Attorney for Defendant Emiliya Radford*

2

ACTIVE 688239477v1