IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-38 (MTT) |
| | ) |
| EMILIYA RADFORD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SCHEDULING ORDER

This matter is before the Court pursuant to the parties' motion to declare the case complex, extend the deadlines in the standard pretrial order, and specially set the trial. Doc. 23. For the following reasons, the motion is **GRANTED**.

The June 14, 2023 indictment alleges one count of bank fraud, three counts of wire fraud, and six counts of federal program theft. Doc. 5. The defendant had her initial appearance and arraignment in this Court on June 16, 2023. Doc. 15.

The parties now request the Court (1) declare the case complex, (2) extend the deadlines in the standard pretrial order, and (3) specially set the trial. Doc. 23. The government's investigation—culminating in this case—involved over thirty Grand Jury subpoenas, interviews, and a search of the defendant's residence, which resulted in allegations of fraud spanning roughly two and a half years. *Id.* ¶ 3. Further, the discovery from Grand Jury subpoenas and interviews yielded over 1,200 PDF documents and over 600 emails, and the data from six seized electronic devices is expected to be voluminous. *Id.* Based on the voluminous nature of the discovery materials, as well as the subject matter of the case, the government submits that

defense counsel will need a significant period of time to review all of the discovery once received in order to meaningfully prepare the defense in this case.  *Id.* ¶ 5.

The Court finds the case complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), due to nature of the prosecution.  Further, pursuant to § 3161(h)(7)(A), the Court finds the trial should be specially set by the Court to allow the parties adequate time to receive and review discovery materials, conduct necessary investigations, and prepare for trial.  For the reasons stated, any delay outweighs the best interests of the public and the defendant to a speedy trial.  Accordingly, the joint motion (Doc. 23) is **GRANTED**.

The case is specially set for trial beginning on June 24, 2024.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

The Court amends and supplements the Standard Pretrial Order as follows:

| Date | Event |
| --- | --- |
| 8/11/2023 | The government shall discharge its discovery obligations as set forth in paragraphs 1, 4-10 of the Standard Pretrial Order. |
| 9/8/2023 | Defense discovery, as outlined in paragraph 2 of the Standard Pretrial Order, due. |
| 11/9/2023 | Motions, other than motions in limine, due. |
| 11/23/2023 | Motion responses due. |
| 12/7/2023 | • Motion replies due.<br>• Government's expert notices due. |
| 12/28/2023 | Rule 404(b) notices due. |
| 1/18/2024 | Defense expert notices due. |
| 2/1/2024 | Motions hearing and/or status conference. |
| 5/1/2024 | The defendant shall file an announcement regarding her intention to either proceed to trial or enter a change of plea. |
| 5/7/2024 | Motions in limine due. |
| 5/28/2024 | • Proposed voir dire questions due **(limited to 20)**.  Counsel are reminded that copies of juror questionnaires are available in the Clerk's Office.  It is the responsibility of each attorney to review these questionnaires prior to trial.  Voir |

|  |  |
|---|---|
|  | dire questions may not repeat material contained in the questionnaires. |
|  | - Requests to Charge due. |
|  | - Proposed verdict form due. |
|  | - Motion in limine responses due. |
| 6/4/2024 | Voir dire objections due. |
| 6/18/2024 | Final pretrial conference. |
| 6/21/2024 | - Counsel shall email a proposed exhibit list and a proposed witness list to the courtroom deputy with a copy to opposing counsel at Kim_Tavalero@gamd.uscourts.gov no later than **NOON.** |
|  | - Electronic evidence files should be provided to the courtroom deputy no later than **NOON.** Please review the Court website page regarding courtroom technology http://www.gamd.uscourts.gov/technology, specifically the instructions concerning the Jury Evidence Recording System (JERS). |
| 6/24/2024 | Trial commences. |

Except as modified in this Order, the standard pre-trial order remains in effect.

**SO ORDERED,** this 12th day of July, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT